IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORMAN VIGIL,

    Plaintiff,

v.                                                                                       No. 1:16-cv-00047 KG/KK

NEW MEXICO PUBLIC EDUCATION DEPARTMENT,

    Defendant.

## ORDER

This matter comes before the Court upon "Defendant's Motion for Summary Judgment Regarding Plaintiff's Claims of Disability Discrimination and Retaliation Based on the ADAAA and HRA [Count I and III] and his Common Law Claim of Constructive Discharge ['Primary Summary Judgment Motion']" ("Defendant's First Motion for Summary Judgment") (Doc. 84); "Defendant's Motion for Summary Judgment Regarding Plaintiff's Claims of Sex Discrimination [Counts II and III] and Retaliation Based on The Whistleblower Protection Act [Count IV] ['Second Motion for Summary Judgment']" (Doc. 86); and "Plaintiff's Motion and Memorandum for Partial Summary Judgment that his Employer-Caused Disability Does Not Cut off Back or Front Pay" ("Plaintiff's Motion for Partial Summary Judgment"). (Doc. 89).

The Court conducted a hearing on March 27, 2018, in which it briefly explained its reasons for granting, in part, and denying, in part, Defendant's First Motion for Summary Judgment; granting Defendant's Second Motion for Summary Judgment; and denying Plaintiff's Motion for Partial Summary Judgment. Full written opinions which will constitute the appealable orders shall follow. This decision is not final and is not an appealable order.

_____
UNITED STATES DISTRICT JUDGE