IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORMAN VIGIL,

    Plaintiff,

v.                                                                                           No. 1:16-cv-00047 KG/KK

NEW MEXICO PUBLIC EDUCATION DEPARTMENT,

    Defendant.

## PARTIAL SUMMARY JUDGMENT

Having granted, in part, "Defendant's Motion for Summary Judgment Regarding Plaintiff's Claims of Disability Discrimination and Retaliation Based on the ADAAA and HRA [Count I and III] and his Common Law Claim of Constructive Discharge ['Primary Summary Judgment Motion']" (Doc. 84); and, granted, in its entirety, "Defendant's Motion for Summary Judgment Regarding Plaintiff's Claims of Sex Discrimination [Counts II and III] and Retaliation Based on The Whistleblower Protection Act [Count IV] ['Second Motion for Summary Judgment']" (Doc. 86), as explained briefly by the Court in a hearing on March 27, 2018, and elaborated in a Memorandum Opinion and Order entered simultaneously with this Partial Summary Judgment,

    IT IS ORDERED that:

1. summary judgment is entered in Defendant's favor on Count II of Plaintiff's Amended Complaint (Doc. 33), filed May 4, 2016;

2. Count II of the Amended Complaint is dismissed with prejudice;

3. summary judgment is entered in Defendant's favor on the New Mexico Human Rights Act ("NMHRA") sex discrimination claim in Count III of the Amended Complaint;

4. the NMHRA sex discrimination claim in Count III of the Amended Complaint is dismissed with prejudice;

5. summary judgment is entered in Defendant's favor on Count IV of Plaintiff's Amended Complaint;

6. Count IV of the Amended Complaint is dismissed with prejudice;

7. summary judgment is entered in Defendant's favor on Count V of Plaintiff's Amended Complaint; and

8. Count V of the Amended Complaint is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE