IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORMAN VIGIL,

    Plaintiff,

v.                                No. 1:16-cv-00047 KG/KK

NEW MEXICO PUBLIC EDUCATION
DEPARTMENT,

    Defendant.

**ORDER GRANTING PAGE EXTENSION FOR
DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
AND MEMORANDUM FOR RECONSIDERATION
AND SUPPLEMENTAL FACTS AND ARGUMENT IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT REGARDING
PLAINTIFF'S CLAIMS OF DISABILITY DISCRIMINATION**

    THIS MATTER comes before the Court on Defendant New Mexico Public Education Department's Motion for Page Extension Regarding its Reply to Plaintiff's Response to Defendant's Motion and Memorandum for Reconsideration and Supplemental Facts and Argument in Support of its Motion for Summary Judgment regarding Plaintiff's Claims of Disability Discrimination ; and the Court having reviewed the motion, and determining that Plaintiff did not object to the motion; being otherwise fully advised; FINDS that the motion is well-taken and it is hereby GRANTED:

    The page limit for Defendant's Reply shall be extended to twenty-three (23) pages.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

 _/s/ Laurie A. Vogel_____
Laurie A. Vogel
P.O. Box 30581
Albuquerque, NM 87190
(505)256-0576

*Attorney for Defendant NM Public Education Department*


CONCURRENCE GIVEN BY:

[Telephonic approval given 7/16/18]
Kristina Martinez

Egolf + Ferlic + Harwood, LLC
123 West San Francisco Street
Second Floor
Santa Fe, NM 87501
(505)986-9641

*Attorneys for Plaintiff Norman Vigil*